```
  UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 07252
   CHARLENE D CASAZ
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6177


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 03/02/05 and confirmed on 05/11/05.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $  18000.00 .

     4.   The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
-----------------------------------------------------------------------------
WELLS FARGO HOME MTGE      CURRENT MORTG       .00            .00             .00
FIA CARD SERVICES          UNSECURED      NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED       2440.75            .00          794.83
ECAST SETTLEMENT CORP      UNSECURED        669.91            .00          218.16
CAPITAL ONE FINANCIAL      UNSECURED      NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED       8196.10            .00         2669.07
ECAST SETTLEMENT CORPORA   UNSECURED       9481.84            .00         3087.78
RESURGENT CAPITAL SERVIC   UNSECURED       7167.97            .00         2334.26
DISCOVER BANK              UNSECURED       5004.28            .00         1629.65
ECAST SETTLEMENT CORPORA   UNSECURED       5381.89            .00         1752.62
RESURGENT CAPITAL SERVIC   UNSECURED       7358.65            .00         2396.36
         Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00     45701.39          .00      45701.39
PRINCIPAL PAID        .00          .00     14882.73          .00      14882.73
INTEREST PAID         .00          .00          .00          .00           .00
TOTAL PAID            .00          .00     14882.73          .00      14882.73
The Debtor's attorney, RONALD D CUMMINGS              , was allowed $   2700.00
and was paid $    306.00  direct and $   2394.00   through the plan.

The Trustee received $     723.27 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 06/23/08                    /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                    PAGE   2
    CASE NO. 05 B 07252 CHARLENE D CASAZ
```